**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

IN RE: :
    John R. McCrohan, IV :     Chapter 13
     :     Case No 26-10630-pmm
Debtor :
     :
_____

O R D E R

    AND NOW, this _____ day of _____, 2026, upon consideration of the within Motion to Extend Time to File Required Documents, it is hereby:

    ORDERED that the Motion is GRANTED, and the Debtor is given an extension to file all required documents with the Court on or before March 18, 2026.

    _____
    HONORABLE PATRICIA M. MAYER
    UNITED STATES BANKRUPTCY JUDGE